UNITED STATES BANKRUPTCY COURT
Southern DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Jack Pinnock<br>　　　　　Debtor<br>Address: 2848 SEDGWICK AVE BRONX  New York 10468<br><br>Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s).,(if any): 9692<br><br>Employer Tax-Identification (EIN) No(s).(if any):<br><br>In re: Mazie Pinnock<br>　　　　　Debtor<br>Address: 2848 SEDGWICK AVE BRONX  New York 10468<br><br>Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s).,(if any): 6337<br><br>Employer Tax-Identification (EIN) No(s).(if any): | Case Number 16-23508<br><br>Chapter  13 |

OBJECTION TO CONFIRMATION OF PLAN

Select Portfolio Servicing, Inc., as Servicing Agent for U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1, a secured creditor (hereinafter "Secured Creditor") of the debtor(s) in this case, objects to the confirmation of the chapter 13 plan proposed by the Debtor(s) and filed on November 2, 2016 and as grounds therefore would show the court that the plan does not provide for the Secured Creditor to receive the value of its claim in violation of 11 U.S.C. § 1325(a)(5)(B)(ii).

WHEREFORE, Secured Creditor prays that the court sustain its objection and deny confirmation of the debtors plan and for such other relief as is just and equitable.

Dated: November 30, 2016
Rockville Centre, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/S/ Ted Eric May
　　　　　　　　　　　　　　　　　　　　　　　　　　By: Ted Eric May, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Sheldon May & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Secured Creditor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　255 Merrick Road
　　　　　　　　　　　　　　　　　　　　　　　　Rockville Centre, New York 11570

(516) 763 - 3200

16-23508-rdd    Doc 12    Filed 11/30/16    Entered 11/30/16 10:53:57    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Jack Pinnock<br>　　　　Debtor<br><br>Address: 2848 SEDGWICK AVE BRONX  New York 10468<br><br>Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s).,(if any): 9692<br><br>Employer Tax-Identification (EIN) No(s).(if any):<br><br>In re: Mazie Pinnock<br>　　　　Debtor<br><br>Address: 2848 SEDGWICK AVE BRONX  New York 10468<br><br>Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s).,(if any): 6337<br><br>Employer Tax-Identification (EIN) No(s).(if any): | Case Number 16-23508<br><br>Chapter  13 |

　　　Affidavit of Service of the Notice of Appearance and Request for Service of Papers

State of New York, County of Nassau ) ss.:

　　　I, the undersigned, being duly sworn, deposes and says:

　　　(1) I am not a party to this action; (2) I am employed by Sheldon May & Associates, P.C. in the County of Nassau, State of New York; and (3)  I am over the age of 18 and not a party to the within action.

　　　On November 30, 2016, I served the Objection to Confirmation of the Plan, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

| Debtor | Jack Pinnock and Mazie Pinnock<br><br>2848 SEDGWICK AVE<br>BRONX  New York  10468 |
|---|---|

|  | And<br><br>336 Claremont Ave.<br>Mount Vernon, NY 10552 |
|---|---|
| Debtor's Attorney | Linda M. Tirelli 50 Main Street, Suite 390, White Plains, NY 10606 |
| Trustee | Jeffrey L. Sapir-13<br>399 Knollwood Road, Suite 102<br>White Plains, NY 10603 |

/S/ Danielle Gamba
Danielle Gamba

Sworn to before me this
November 30, 2016

/S/ Jessica S Snyder
Notary Public, State of New York
No. 01SN5085564
Qualified in Nassau County
Notary Public

CASE NUMBER: 16-23508

United States Bankruptcy Court
Southern District of New York

In Re:
    Debtor: Jack Pinnock          Social Security Number: XXX-XX--9692
    Debtor: Mazie Pinnock         Social Security Number: XXX-XX--6337

Chapter: 13

Employer's Tax Identification Number (if any):

Objection to Confirmation

Sheldon May & Associates, P.C.
Attorneys for Secured Creditor
Office and Post Office Address
255 Merrick Road
Rockville Centre, New York 11570
Telephone Number
(516) 763 - 3200